

FILED
CLERK, U.S. DISTRICT COURT
FEB 2 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | MJ 16-391 |
| ERIAWAN NGADIMAN | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing is set for ___Feb.___, ___25___, at ___11:00___ ☑ a.m. / ☐ p.m. before the Honorable ___Eick___, in Courtroom ___20___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __2/24/16__

_____
U.S. District Judge/Magistrate Judge